1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

4

UNITED STATES OF AMERICA,

Case No. 2:22-mj-00488-EJY

Plaintiff,

**ORDER**

5

6

v.

AVERY ELIZABETH HUNT,

7

Defendant.

8

9

10

    IT IS THEREFORE ORDERED that the requirements deadline be continued to

11

August 25, 2023.

12

    DATED this 16th day of June, 2023.

13

14

_____

15

UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

1